ORIGINAL
FILED

07 JUL 17 PM 2:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 3680

UNITED STATES OF AMERICA,              )
                                        )    No. 07-_____
            Plaintiff,                  )
                                        )
        v.                              )
                                        )    NOTICE OF FORFEITURE ACTION
APPROXIMATELY $73,306 IN                )
UNITED STATES CURRENCY,                 )
                                        )
            Defendant.                  )
_____ )

MEJ

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6), was filed on July 17, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant funds.

In order to contest forfeiture of the in rem defendant funds, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. The Court may allow additional time.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

1    Any person who files a statement of interest in or right against the property must serve
2  and file an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20
3  days after the filing the statement.
4    Statements of interest and answers should be filed with the Office of the Clerk, United
5  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th
6  Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney,
7  Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California
8  94102.
9    Additional procedures and regulations regarding this forfeiture action are found at 19
10  U.S.C. §§ 1602-1619 and at 28 C.F.R. § 9.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: July 17, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

Notice Of Forfeiture Action
No. 07-                                             2