1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov       E-Filing
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,           )
12                                     )   No. 07-_____
              Plaintiff,               )
13                                     )
         v.                            )   WARRANT OF ARREST OF
14                                     )   PROPERTY IN REM
   APPROXIMATELY $73,306 IN            )
15 UNITED STATES CURRENCY,             )
                                       )
16            Defendant.               )
                                       )
17
        TO:   ANY DEPUTY UNITED STATES MARSHAL:
18
        YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds and
19
   maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.
20
        Claimants of the above-described funds which are the subject of this action shall file their
21
   claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th
22
   floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney,
23
   Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450
24
   Golden Gate Ave., 9th floor, San Francisco, California 94102, within thirty (30) days after date
25
   of publication of notice of arrest of said property and answers to the Complaint shall be filed and
26
   served within twenty (20) days thereafter or within such additional time as may be allowed by the
27
   Court.
28
   Dated:     JUL 1 7 2007            RICHARD W. WEIKING
                                      United States District Clerk

                                      By: _____ MARY ANN BUCKLEY