SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: 415.436.6857
   Facsimile: 415.436.6748
   E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-3680 MEJ |
|         Plaintiff, ) | |
|    v. ) | CERTIFICATE OF SERVICE |
| APPROXIMATELY $73,306 IN ) UNITED STATES CURRENCY, ) | |
|         Defendants. ) | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1. Government Complaint for Forfeiture;

    2. Notice of Forfeiture Action;

    3. Warrant of Arrest of Property *In Rem;*

    4. Case Management Standing Order;

    5. Notice of Assignment of Case to a US Magistrate Judge for Trial;

    6. ADR Dispute Resolution Procedures in the Northern District of California; and

    7. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Fernando Rendon Guiterec
   a.k.a Fernando Rendon Gutierrez
   a.k.a Martin Rendon
   a.k.a Fernando Modesto Rendon
   a.k.a Fernando Rendon-Gutierrez
13570 Mount Babcock Street
Reno, NV 89506-1306

Fernando Rendon Guiterec
   a.k.a Fernando Rendon Gutierrez
   a.k.a Martin Rendon
   a.k.a Fernando Modesto Rendon
   a.k.a Fernando Rendon-Gutierrez
P.O. Box 20610
Reno, NV 89515-0610

Samuel Perez-Soto
   a.k.a Leonor Anguiano
   a.k.a Samuel Soto-Perez
   a.k.a Samuel Perez-Martinez
713 Dry Creek Road
Healdsburg, CA 95448

Simon Martinez Perez
37 Kaiser Avenue
Eureka, CA 95501

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  31st  day of July, 2007, at San Francisco, California.

                                        /S/
                              CAROLYN JUSAY
                              Legal Assistant
                              Asset Forfeiture Unit