1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRAIN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6857
7      Facsimile: (415) 436-6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )    No. C 07-3680 MEJ
                                      )
14 |       Plaintiff,                 )
                                      )    PROOF OF PUBLICATION
15 |                                  )
       v.                             )
16 |                                  )
                                      )
17 | APPROXIMATELY $73,306 IN UNITED  )
     STATES CURRENCY,                 )
18 |                                  )
           Defendant.                 )
19 |_____)

20     The United States hereby submits the attached Proof of Publication by The San Francisco
21 Daily Journal.

22                                    Respectfully submitted,

23                                    SCOTT N. SCHOOLS
                                      United States Attorney
24
25 Dated: September 13, 2007
                                      PATRICIA J. KENNEY
26                                    Assistant United States Attorney

27

28

# SAN FRANCISCO DAILY JOURNAL
~ SINCE 1893 ~

44 MONTGOMERY ST STE 250, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SF#: 1174173

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA,
Plaintiff,
v.
APPROXIMATELY $73,306 IN UNITED STATES CURRENCY,
Defendant.
No. C 07- 3680 MEJ

NOTICE OF FORFEITURE ACTION

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6), was filed on July 17, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in remdefendant funds.
In order to contest forfeiture of the in remdefendant funds, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. The Court may allow additional time.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Any person who files a statement of interest in or right against the property must serve and file an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after the filing the statement.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.
Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § § 1602-1619 and at 28 C.F.R. § 9.

Respectfully submitted.

SCOTT N. SCHOOLS
United States Attorney

Dated: July 17, 2007
PATRICIA J. KENNEY
Assistant United States Attorney

7/30, 8/6, 8/13/07

SF-1174173#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California     )
County of SAN FRANCISCO ) ss

Notice Type:  GPN - GOVT PUBLIC NOTICE

Ad Description: C 07 - 3680 MEJ / NOTICE OF ACCITON OF FORFEITURE, USA V. $73,306

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/30/2007, 08/06/2007, 08/13/2007

Executed on: 08/13/2007
At SAN FRANCISCO, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature


* A 0 0 0 0 0 0 0 1 7 1 6 6 2 *