1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: 415.436.6857
7      Facsimile: 415.436.6748
       E-mail: patricia.kenney@usdoj.gov

8  Attorneys for United States of America

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )          No.  C 07-3680 MEJ
                                       )
13                  Plaintiff,         )
                                       )
14            v.                       )          CERTIFICATE OF SERVICE
                                       )
15                                     )
                                       )
16  APPROXIMATELY $73,306 IN           )
    UNITED STATES CURRENCY,            )
17                                     )
                                       )
18                  Defendants.        )
    _____ )

19         The undersigned hereby certifies that she is an employee in the Office of the United

20  States Attorney for the Northern District of California and is a person of such age and discretion

21  to be competent to serve papers.  The undersigned further certifies that she caused a copy of

22         1.   Government Complaint for Forfeiture;

23         2.   Notice of Forfeiture Action;

24         3.   Warrant of Arrest of Property *In Rem;*

25         4.   Case Management Standing Order;

26         5.   Notice of Assignment of Case to a US Magistrate Judge for Trial;

27         6.   ADR Dispute Resolution Procedures in the Northern District of California; and

28         7.   ECF Registration Information Handout

1   to be served this date via certified  mail delivery upon the person(s) below at the place(s) and

2   address(es) which is/are the last known address(es):

3

4     Fernando Rendon Gutierrez
    Attn: PFN No.

5     Glenn E. Dyer Detention Facility
    550 6th Street

6     Oakland, CA 94607

7

8        I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct to the best of my knowledge.

10        Executed this 19th   day of September, 2007, at San Francisco, California.

11

12                           /S/
                        CAROLYN JUSAY

13                         Legal Assistant
                        Asset Forfeiture Unit

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C 07-3680 MEJ                                  2