SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> APPROXIMATELY $73,306 IN ) <br> UNITED STATES CURRENCY, ) <br> ) <br> ) <br> Defendants. ) <br> ) | No.  C 07-3680 MEJ <br><br> CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

1.  Government Complaint for Forfeiture;

2.  Notice of Forfeiture Action;

3.  Warrant of Arrest of Property *In Rem;*

4.  Case Management Standing Order;

5.  Notice of Assignment of Case to a US Magistrate Judge for Trial;

6.  ADR Dispute Resolution Procedures in the Northern District of California;

7.  ECF Registration Information Handout;

      8. Certificate of Service dated July 31, 2007;

      9. Certificate of Service dated September 19, 2007 and

      10. Certificate of Service dated September 26, 2007

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Fernando Rendon Gutierrez
PFN: ULK056, Housing Unit #21
Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed this 26th day of September, 2007, at San Francisco, California.

                                    /S/
                              CAROLYN JUSAY
                              Legal Assistant
                              Asset Forfeiture Unit