SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> APPROXIMATELY $73,306 IN <br> UNITED STATES CURRENCY, <br>     Defendant. | No. 07-3680 MEJ <br> REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE <br><br> Date:  October 25, 2007 <br> Time:  10:00 a.m. <br> Place  Courtroom B, 15th Floor |

    Although no claim or answer has been filed in this forfeiture action, the undersigned has received information that Fernando Rendon-Gutierrez did not receive notice of this action until the Complaint for Forfeiture and related documents were sent to him on September 26, 2007 at the Santa Rita Jail in Dublin. Accordingly, assuming that was the first notice to him of the action, Rendon-Gutierrez has 35 days to file a claim and an answer which is November 5, 2007. The undersigned is informed that either Rendon-Gutierrez will likely file a claim and answer on his own behalf, or retain counsel to do so for him. Accordingly, the United States requests the Court to reschedule the October 25, 2007 case management conference to December 13, 2007 at

///

///

1  10:00 a.m. in order to give Rendon-Gutierrez an opportunity to appear to defend defendant
2  $73,306.
3                                                          Respectfully submitted,
4                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
5
6  Dated: October 15, 2007
                                                           _____
7                                                          PATRICIA J. KENNEY
                                                           Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Request to Reschedule CMC
No. 07-3680                                  2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Request for Rescheduling of Case Management Conference

to be served this date via first class mail delivery postage prepaid upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Fernando Rendon Gutierrez
PFN: ULK056, Housing Unit #21
Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

The undersigned further certifies that a courtesy copy of same was mailed to:

Scott Sugarman
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of October 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit