1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,        )
                                      )   No. 07-3680 MEJ
13 |                  Plaintiff,      )
                                      )   REQUEST FOR RESCHEDULING OF CASE
14 |       v.                         )   MANAGEMENT CONFERENCE
                                      )
15 | APPROXIMATELY $73,306 IN         )   Date:    October 25, 2007
     UNITED STATES CURRENCY,          )   Time:    10:00 a.m.
16 |                                  )   Place    Courtroom B, 15th Floor
                     Defendant.       )
17 |_____ )

18

19         Although no claim or answer has been filed in this forfeiture action, the undersigned has

20 received information that Fernando Rendon-Gutierrez did not receive notice of this action until

21 the Complaint for Forfeiture and related documents were sent to him on September 26, 2007 at

22 the Santa Rita Jail in Dublin. Accordingly, assuming that was the first notice to him of the

23 action, Rendon-Gutierrez has 35 days to file a claim and an answer which is November 5, 2007.

24 The undersigned is informed that either Rendon-Gutierrez will likely file a claim and answer on

25 his own behalf, or retain counsel to do so for him. Accordingly, the United States requests the

26 Court to reschedule the October 25, 2007 case management conference to December 13, 2007 at

27 ///

28 ///

1  10:00 a.m. in order to give Rendon-Gutierrez an opportunity to appear to defend defendant
2  $73,306.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: October 15, 2007

PATRICIA J. KENNEY
Assistant United States Attorney



Request to Reschedule CMC
No. 07-3680                                    2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  The undersigned hereby certifies that she is an employee in the Office of the United States

3  Attorney for the Northern District of California and is a person of such age and discretion to be

4  competent to serve papers. The undersigned further certifies that she caused a copy of

5  • Request for Rescheduling of Case Management Conference

6  to be served this date via first class mail delivery postage prepaid upon the person(s) below at

7  the place(s) and address(es) which is/are the last known address(es):

9  Fernando Rendon Gutierrez
   PFN: ULK056, Housing Unit #21
10 Santa Rita Jail
   5325 Broder Boulevard
11 Dublin, CA 94568

12  The undersigned further certifies that a courtesy copy of same was mailed to:

14  Scott Sugarman
    Sugarman & Cannon
15  44 Montgomery Street, Suite 2080
    San Francisco, CA 94104

16  I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct to the best of my knowledge.

18  Executed this 15th day of October 2007, at San Francisco, California.

            *Carolyn Jusay* (signature)
            CAROLYN JUSAY
            Legal Assistant
            Asset Forfeiture Unit