**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3680 MEJ |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SPERO TO CONDUCT A SETTLEMENT CONFERENCE** |
| vs. | |
| APPROXIMATELY $73,306 IN UNITED STATES CURRENCY, | |
| Defendant(s). | |

On October 25, 2007, Chief Judge Vaughn R. Waker asked the undersigned to refer this matter to Magistrate Judge Joseph C. Spero to conduct a settlement conference. Chief Judge Walker's request comes in relation to the parties' stipulation in a related civil matter, *United States of America v. Fernando Rendon-Guitierrez*, CR 07-0455 VRW. Good cause appearing, the Court REFERS this matter to Magistrate Judge Spero to conduct a settlement conference.

**IT IS SO ORDERED.**

Dated: October 30, 2007

MARIA-ELENA JAMES
United States Magistrate Judge