UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff(s),

    v.

$73,306 in United States Currency

        Defendant(s).

No. C 07-3680

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 7, 2007

Signature: /s/ Patricia J. Kenney

Counsel for United States of America
(Plaintiff, Defendant or indicate "pro se")

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

to be served this date via first class mail delivery postage prepaid upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Fernando Rendon Gutierrez
PFN: ULK056, Housing Unit #21
Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

The undersigned further certifies that a courtesy copy of same was mailed to:

Scott Sugarman
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of October 2007, at San Francisco, California.

ALICIA CHIN
Paralegal/ AFU