# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.: C-07-3680 MEJ (JCS)　　　　　　　　　　　TIME: 3 hrs.

CASE NAME: _U.S.A. v. Approximately $73,306 in U.S. Currency_

MAGISTRATE JUDGE JOSEPH C. SPERO　　　CLERK: Mary Macudzinski-Gomez

DATE: November 7, 2007　　　　　　　　　　　COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):　　　　　　　　　COUNSEL FOR DEFENDANT(S):

Patricia Kenney　　　　　　　　　　　　　　　　Steven Kalar
Allison Danner　　　　　　　　　　　　　　　　Fernando Rendon-Gutierrez (pro se)
　　　　　　　　　　　　　　　　　　　　　　　Scott Sugarman

## PROCEEDINGS

X　　SETTLEMENT CONFERENCE　　　　☐　FURTHER SETTLEMENT CONFERENCE

☐　　DISCOVERY CONFERENCE

☐　　STATUS CONFERENCE RE: _____

☐　　FURTHER TELEPHONIC CONFERENCE RE: _____

☐　　OTHER: _____

CASE CONTINUED TO: _____  FOR _____

NOTES:

　　A Settlement Conference held, and an agreement in principle was reached.