SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445
Email: scottsugar@aoal.com

Attorneys for Claimant
    FERNANDO RENDON-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. C 07-03680 |
|     Plaintiff, | ) |
| v. | ) |
| $73,306 in UNITED STATES CURRENCY, | ) |
|     Defendant. | ) **NOTICE OF APPEARANCE AS COUNSEL FOR CLAIMANT FERNANDO RENDON-GUTIERREZ** |
| FERNANDO RENDON-GUTIERREZ, | ) |
|     Claimant, | ) |

    Scott A. Sugarman, Sugarman & Cannon, hereby makes a general appearance on behalf of Claimant Fernando Rendon-Gutierrez in the above entitled action, and substitutes in as counsel in place Claimant FERNANDO RENDON-GUTIERREZ representing himself.

DATED: November 12, 2007                        Respectfully submitted,

                                                                Scott A. Sugarman