1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                      NORTHERN DISTRICT OF CALIFORNIA
8
9   *United States of America*                    No. C *07-03680 MEJ*
10              Plaintiff(s),                      **CONSENT TO PROCEED BEFORE A**
                                                   **UNITED STATES MAGISTRATE JUDGE**
11       v.
12  *$73,306 in U.S. Currency*
13              Defendant(s).
                                          /
14  *Fernando Rendon-Gutierrez, Claimant*
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____*11/11/07*_____            _____
22                                         Signature
23                                         Counsel for *Claimant Rendon-Gutierrez*
                                           (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28