1  FERNANDO RENDON-GUTIERREZ
2  ULK 056        21 A 2
3  5325 BRODER BLVD,
4  DUBLIN, CALIFORNIA 94568
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA
12                    PLAINTIFF          CASE No. C07-3680 MEJ
13          VS.
14  APPROXIMATELY $73,306 IN
15  UNITED STATES CURRENCY
16                    DEFENDANT
17          VS.
18  FERNANDO RENDON-GUTIERREZ        ANSWER TO NOTICE
19                    CLAIMANT          OF FORFEITURE ACTION
20  1)CLAIMANT, FERNANDO RENDON-GUTIERREZ, COMES BEFORE THE
21  COURT IN THE ABOVE CAPTIONED CIVIL CASE FOR FORFEITURE OF
22  DEFENDANT PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE
23  SUPPLEMENTAL RULES UNDER THE ADMIRALTY, MARITIME CLAIMS,
24  RULE G (5) (a)
25  2) CLAIMANT IS THE LAWFUL OWNER OF APPROXIMATELY $73,306 IN UNITED
26  STATES CURRENCY, AND AS SUCH HAS A LAWFUL RIGHT TO SUCH CURRENCY.
27              JURISDICTION
28  3)THIS COURT HAS JURISDICTION PURSUANT TO 28 U.S.C 1345 AND 1355 AND  21 USC 881(a)(6)

(1)

## PARTIES

1
2  4) PLAINTIFF IS THE UNITED STATES OF AMERICA.
3  5) DEFENDANT IS APPROXIMATELY $73,306 IN UNITED STATES CURRENCY.
4  6) CLAIMANT IS FERNANDO RENDON GUTIERREZ.
5  ## ANSWER TO COMPLAINT
6  7) CLAIMANT ADMITS OR DENIES IN WHOLE OR PART THE FACTS CONTAINED IN THE
7  COMPLAINT FOR FORFEITURE AS STATED BELOW:
8  8) CLAIMANT DENIES THE ALLEGATION IN PARAGRAPH 7.
9  9) CLAIMANT DENIES THE ALLEGATION IN PARAGRAPH 8, LINE 18 AND PART OF 19,
10  ADMITS 2ND HALF OF LINE 19, ALL OF 20 AND 21 EXCEPT THE LAST SEVEN WORDS
11  WHICH IS DENIED. ADMITS THE LAST SENTENCE OF LINE 21, AND THE REMAINDER OF
12  THE PARAGRAPH.
13  10) CLAIMANT CAN NEITHER ADMIT OR DENY PARAGRAPH 9.
14  11) CLAIMANT ADMITS PARAGRAPH 10.
15  12) CLAIMANT ADMITS THE FIRST PART (LINE 15 TO 18) OF PARAGRAPH 11 AND CAN
16  NEITHER ADMIT OR DENY THE REMAINDER.
17  13) CLAIMANT ADMITS LINE 21 THROUGH THE END OF LINE 26 AND THE FIRST WORD
18  OF LINE 27 OF PARAGRAPH 12 AND DENIES THE REMAINDER.
19  14) CLAIMANT DENIES PARAGRAPH 13.
20  ## VIOLATION
21  15) CLAIMANT INCORPORATES BY REFERENCE THE ANSWER TO THE FACTS CONTAINED
22  IN THE COMPLAINT FOR FORFEITURE AS THOUGH FULLY SET FORTH.
23  16) CLAIMANT DENIES THAT THERE IS A VIOLATION OF 21 USC 881 (a)(6)
24  THEREFORE NO CAUSE EXISTS FOR PLAINTIFF TO SEIZE AND CAUSE THE FORFEITURE
25  OF DEFENDANT. IN ADDITION THERE IS NO EVIDENCE OF THE INTENDED USE
26  OF SAID CURRENCY, NO CONTROLLED SUBSTANCE LISTED IN SUBCHAPTER I, CHAPTER 13
27  OF TITLE 21 U.S.C. CAN OR WAS IDENTIFIED, WHICH ALLEGATIONS AMOUNT
28  TO SUPPOSITION AND CONJECTURE.

(2)

1  17) IN VIEW OF THE FOREGOING, DEFENDANT, APPROXIMATELY $73,306 IN UNITED

2  STATES CURRENCY IS NOT SUBJECT TO JUDICIAL FORFEITURE.

3

4  WHEREFORE CLAIMANT, FERNANDO RENDON-GUTIERREZ, REQUESTS THAT DUE

5  PROCESS ISSUE TO RETURN DEFENDANT TO CLAIMANT; THAT PLAINTIFF RETURN

6  TO CLAIMANT ALL OTHER PROPERTY SEIZED TO INCLUDE THE VEHICLE; FURTHER

7  THAT PLAINTIFF PAY ALL LEGAL FEES ASSOCIATED WITH THE COMPLAINT FOR

8  FORFEITURE; OTHER SUCH RELIEF DEEMED JUST AND APPROPRIATE BY THE COURT.

9

10           VERIFICATION

11  I, FERNANDO RENDON-GUTIERREZ, AM THE CLAIMANT IN THE ABOVE ENTITLED

12  ANSWER TO THE COMPLAINT FOR FORFEITURE. I DECLARE UNDER THE PENALTY

13  OF PERJURY THAT ALL STATEMENTS CONTAINED HEREIN ARE TRUE OF MY OWN

14  KNOWLEDGE AND BELIEF.

15

16  EXECUTED THIS 5TH DAY OF NOVEMBER 2007, AT DUBLIN, CALIFORNIA

17

18  _Fernando Rendon Gutierrez_
    FERNANDO RENDON-GUTIERREZ, CLAIMANT
19    IN PRO PER

20

21

22

23

24

25

26

27

28