1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163793)
3  Acting Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )
14                                     )        No. 07-3680 MEJ
                   Plaintiff,          )
15                                     )
                                       )
16         v.                          )
                                       )
   APPROXIMATELY $73,306 IN            )     SETTLEMENT AGREEMENT
17 UNITED STATES CURRENCY,             )
                                       )
18                 Defendant.          )     ORDER DISMISSING CASE
                                       )
19 ─────────────────────────────────  )
   FERNANDO RENDON-GUTIERREZ,          )
20                                     )
                   Claimant.           )
21 ─────────────────────────────────  )

22

23        The parties stipulate and agree as follows:

24        1.     Plaintiff is the United States of America ("United States").  Defendant is $73,306

25 in United States Currency ("Defendant $73,306").  After proper notification and publication was

26 given, the only person who filed a timely Claim in this action is claimant Fernando

27 Rendon-Gutierrez.  As a result, only claimant Gutierrez has a right to defend Defendant $73,306.

28 ///

1  The United States and claimant Rendon-Gutierrez are hereafter referred to as the "parties" in this

2  document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

3      2.      After full and open discussion, the parties agree to resolve any and all claims

4  against Defendant $73,306, and any and all claims that could have been brought, if any, against

5  any and all past and present officials, employees and agents of the United States, including those

6  at the United States Department of Justice and the Drug Enforcement Administration, as well as

7  local and state law enforcement, arising out of the seizure of Defendant $73,306 and the facts

8  alleged in the Complaint for Forfeiture filed in this lawsuit on or about July 17, 2007.

9      3.      The parties agree that the resolution of the lawsuit is based solely on the terms

10  stated in this Settlement Agreement. It is expressly understood that this Agreement has been

11  freely and voluntarily entered into by the parties. The parties further agree that there are no

12  express or implied terms or conditions of settlement, whether oral or written, other than those set

13  forth in this Agreement. This Agreement shall not be modified or supplemented except in

14  writing signed by the parties. The parties have entered into this Agreement in lieu of continued

15  protracted litigation and District Court adjudication.

16      4.      The parties further agree that this Settlement Agreement cannot be used and does

17  not constitute precedent on any legal or factual issue for any purpose whatsoever, including all

18  administrative proceedings and legal proceedings, including the pending charges in the

19  prosecution of Fernando Rendon-Gutierrez in CR 07-0455 VRW.

20      5.      The parties agree that claimant Rendon-Gutierrez releases and discharges the

21  United States, as well as any past and present officials, employees, agents, attorneys, their

22  successors and assigns, from any and all obligations, damages, liabilities and demands of any

23  kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or

24  unknown, arising out of the seizure of Defendant $73,306 and the allegations in plaintiff's

25  Complaint for Forfeiture, filed on July 17, 2007.

26      6.      In order to resolve this case without the expense of further litigation, the parties

27  have agreed that $43,306 of defendant shall be forfeited to the United States and that $30,000 of

28  defendant shall be returned to claimant Rendon-Gutierrez, by check made payable to Scott

Settlement Agreement
No. 07-3680 MEJ           2

Sugarman, the attorney for claimant Rendon-Gutierrez, and delivered to his attorney, Scott

Sugarman, at Sugarman & Cannon, 44 Montgomery Street, Suite 2080, San Francisco, California

94104. Such payment shall be in full settlement and satisfaction of any and all claims by

claimant Rendon-Gutierrez, his heirs, representatives and assignees to Defendant $73,306.

7.      Claimant Rendon-Gutierrez shall hold harmless the United States, including its

agents, officers, representatives and employees, as well as any and all state and local law

enforcement officials, for any and all acts directly or indirectly related to the seizure of Defendant

$73,306, the facts alleged in the Complaint for Forfeiture and the forfeiture of $43,306 of

defendant $73,306.

8.      The United States and Claimant Rendon-Gutierrez agree that each party shall pay

its own attorneys' fees and costs.

9.      Based on the foregoing, the parties agree that the Court shall dismiss this action.

IT IS SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

Dated: November 7, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: November 7, 2007

SCOTT SUGARMAN
Attorney for Claimant Fernando
Rendon-Gutierrez

Dated: November 7, 2007

FERNANDO RENDON-GUTIERREZ
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _16TH_

DAY OF November, 2007, AND THIS CASE IS HEREBY DISMISSED ON THE

FOREGOING TERMS.

HONORABLE MARIA ELENA JAMES
United States Magistrate Judge

Settlement Agreement
No. 07-3680 MEJ                    3